# Court of Appeals
# of the State of Georgia

ATLANTA,  December 27, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0947. KAVION WYZEENSKI TOOKES v. THE STATE.**

In May 2018, Kavion Wyzeenski Tookes pleaded guilty to malice murder and other crimes. He thereafter filed a motion to withdraw his guilty plea, which the trial court denied. This appeal followed. We, however, lack jurisdiction.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death can be imposed for the crime of malice murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (a), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring). Accordingly, Tookes's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  12/27/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.